ANN LOORAM, as Administratrix, etc., Respondent, *v.* THE THIRD AVENUE RAILROAD COMPANY, Appellant.

(Argued December 4, 1889; decided December 20, 1889.)

APPEAL from judgment of the General Term of the Superior Court of the city of New York, entered upon an order made the first Monday of June, 1889, which affirmed a judgment in favor of plaintiff, entered upon a verdict.

*William H. Page, Jr.*, for appellant.

*W. Bourke Cockran* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed.